IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    Julie A. Morris, | : | Bankruptcy No. 12-10664-TPA |
|         Debtor | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, | : | Document No. _____ |
|         Movant | : | |
| | : | Related to Doc. No. _____ |
|       vs. | : | |
| | : | |
| No Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 08, 2017, at docket number 89, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 29, 2017                    Respectfully submitted,

                                                                              */s/  Chester B. Scholl, Jr.*
                                                                       CHESTER B. SCHOLL, JR., ESQ.
                                                                       Attorney for Debtor
                                                                       32 Shenango Ave., P.O. Box 673
                                                                       Sharon, PA 16146
                                                                       Office:  724-981-4800
                                                                       Fax:  724-981-5376
                                                                       Email:  cbs@fdgs-law.com
                                                                       PA ID 19948

**PAWB Local Form 24 (07/13)**