Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Julie A. Morris** : | Case No. 12−10664−TPA |
| **fka Julie A. Freeman** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 98 |
| v. : | |
| **No Respondents** : | Hearing Date: 11/8/17 at 12:00 PM |
| *Respondent(s).* : | |
| : | |
| : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this **28th day of August, 2017**, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 98 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before October 12, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **November 8, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-10664-TPA
Julie A. Morris                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Aug 28, 2017
                              Form ID: 300a           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.

```
db            +Julie A. Morris,    1840 Christy Road,    Hermitage, PA 16148-6271
aty           +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
                Cherry Hill, NJ 08003-3620
cr            +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
sp            +John D. Alfredo,    P.O. Box 246,    Sharpsville, PA 16150-0246
cr             eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13392720      +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13372247      +Acs/pnc Education Lo,    501 Bleecker Street,    Utica, NY 13501-2401
13398015     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
13372248       Bank Of America,    4060 Ogletown/Stanton Rd,    De5-019-03-07,    Newark, DE  19713
13372249      +Bank Of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13472277       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13372250       Citicards Cbna,    P.O. Box 6500,    C/O Citi Corp,    Sioux Falls, SD  57117-6500
13372251       First Commonwealth B,    Philadelphia And Sixth Streets,    Indiana, PA  15701
13372246     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc Bank,    PO Box 52530,    Carol Stream, IL  60196)
13372254      +Hsbc Best Buy,    1405 Foulk Road,    Wilmington, DE 19803-2769
13372255      +John A. Morris,    403 Wilson Street,    Apt. 2,    Sharon, PA 16146-1579
13372257      +Macy's (p),    Attn: Bankruptcy Dept,    9111 Duke Blvd,    Mason, OH 45040-8999
13372258       PHEAA (p),    1200 North Seven Street,    Harrisburg, PA  17102-1444
13372259       Sallie Mae,    PO Box 9500,    Po# Smi-0000013421,    Wilkes-Barre, PA  18773
13372260      +Sears/Citibank Private Label (p),    P.O. Box 20483,    Kansas City, MO 64195-0483
13372261      +Springleaf Financial,    500 Northwest Plaza #1200,    St Ann Arc Brch Card Mo # 2183,
                Evansville, IN 47715-3550
13450687       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13372262      +State Farm Bank,    Customer Service 003722347,    One State Farm Plaza,    A-1,
                Bloomington, IL 61710-0001
13372263      +The Home Depot Credit Services (p),    Attn: Bankruptcy Dept,    PO Box 6405,
                Sioux Falls, SD 57117-6405
13372264       Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                Cherry Hill, NJ 08003-3620
13372265       WFNNB (p),    Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13372252      +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:48      GE Money Bank (p),
                Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
13444662       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:16      Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13883207       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:48      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13457755       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:48
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13372256      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:31:01      Lvnv Funding Llc,
                PO Box 10584,    Greenville, SC 29603-0584
13440353       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:39:57
                Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13438861       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:39:57
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13472849       E-mail/PDF: cbp@onemainfinancial.com Aug 29 2017 01:30:05      Springleaf Financial Services,
                Po Box 3251,    Evansville,IN 47731
13419686      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:16      VION HOLDINGS, LLC,
                c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                              TOTAL: 9
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Bank of America, N.A., successor by merger to BAC
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
                Greenville, SC  29603-0587
13372253*     +GE Money Bank (p),    Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                 TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: jmar              Page 2 of 2              Date Rcvd: Aug 28, 2017
                              Form ID: 300a           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Chester B. Scholl, Jr.    on behalf of Debtor Julie A. Morris scholl@scholl.org,
               wendy@fdgs-law.com
              James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor   Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 5
```