**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JULIE A. MORRIS<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Repondents. | Case No.:12-10664 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

August 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/04/2012 and confirmed on 2/5/13 . The case was subsequently          Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 118,290.00 |
| Less Refunds to Debtor | 911.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,378.09 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 4,303.51 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,303.51 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA** | 0.00 | 88,171.11 | 0.00 | 88,171.11 |
| Acct: 8975 | | | | |
| BANK OF AMERICA** | 22,791.13 | 22,791.13 | 0.00 | 22,791.13 |
| Acct: 8975 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 800.00 | 800.00 | 0.00 | 800.00 |
| Acct: 8039 | | | | |
| | | | | 111,762.24 |
| **Priority** | | | | |
| CHESTER B SCHOLL JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JULIE A. MORRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JULIE A. MORRIS | 911.91 | 911.91 | 0.00 | 0.00 |
| Acct: | | | | |
| FRUIT DILL GOODWIN & SCHOLL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ACS EDUCATIONAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0172 | | | | |
| FIA CARD SERVICES** SCCSR BANK OF | 5,809.90 | 136.77 | 0.00 | 136.77 |
| Acct: 1184 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3302 | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1457 | | | | |
| GE MONEY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX8282 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 1,047.04 | 24.65 | 0.00 | 24.65 |
| Acct: 7828 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX7813 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 5,288.83 | 124.51 | 0.00 | 124.51 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 5304 | | | | |
|   FDS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXX1020 | | | | |
|   AES/PHEAA | 6,388.27 | 150.39 | 0.00 | 150.39 |
|    Acct: 7017 | | | | |
|   SALLIE MAE GUARANTEE SVCS INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXXX9980 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX4239 | | | | |
|   GE MONEY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX8751 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 6,277.79 | 147.79 | 0.00 | 147.79 |
|    Acct: 2791 | | | | |
|   STATE FARM BANK | 14,993.61 | 352.98 | 0.00 | 352.98 |
|    Acct: 1156 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXX2053 | | | | |
|   WORLD FINANCIAL NETWORK NB | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX7760 | | | | |
|   WORLD FINANCIAL NETWORK NB | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXX8939 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 14,666.01 | 345.26 | 0.00 | 345.26 |
|    Acct: 1049 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,273.81 | 29.99 | 0.00 | 29.99 |
|    Acct: 8039 | | | | |
|   GILBERT B WEISMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 1,312.34 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 113,074.58 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 23,591.13 |
| SECURED | 55,745.26 |

Date: 08/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JULIE A. MORRIS<br><br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>          Movant<br>        vs.<br>    No Repondents. | Case No.:12-10664 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                  BY THE COURT:

                                                                        _____

                                                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-10664-TPA
Julie A. Morris                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: jmar              Page 1 of 2              Date Rcvd: Aug 28, 2017
                               Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db          +Julie A. Morris,    1840 Christy Road,    Hermitage, PA 16148-6271
aty         +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
              Cherry Hill, NJ 08003-3620
cr          +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
sp          +John D. Alfredo,    P.O. Box 246,    Sharpsville, PA 16150-0246
cr           eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13392720    +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13372247    +Acs/pnc Education Lo,    501 Bleecker Street,    Utica, NY 13501-2401
13398015   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
              Wilmington, DE 19886-5102)
13372248     Bank Of America,    4060 Ogletown/Stanton Rd,    De5-019-03-07,    Newark, DE 19713
13372249    +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13472277     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13372250     Citicards Cbna,    P.O. Box 6500,    C/O Citi Corp,    Sioux Falls, SD 57117-6500
13372251     First Commonwealth B,    Philadelphia And Sixth Streets,     Indiana, PA 15701
13372246   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Bank,     PO Box 52530,    Carol Stream, IL 60196)
13372254    +Hsbc Best Buy,    1405 Foulk Road,    Wilmington, DE 19803-2769
13372255    +John A. Morris,    403 Wilson Street,    Apt. 2,    Sharon, PA 16146-1579
13372257    +Macy's (p),    Attn: Bankruptcy Dept,    9111 Duke Blvd,    Mason, OH 45040-8999
13372258     PHEAA (p),    1200 North Seven Street,    Harrisburg, PA 17102-1444
13372259     Sallie Mae,    PO Box 9500,    Po# Smi-0000013421,    Wilkes-Barre, PA 18773
13372260    +Sears/Citibank Private Label (p),    P.O. Box 20483,    Kansas City, MO 64195-0483
13372261    +Springleaf Financial,    500 Northwest Plaza #1200,    St Ann Arc Brch Card Mo # 2183,
              Evansville, IN 47715-3550
13450687     State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13372262    +State Farm Bank,    Customer Service 003722347,    One State Farm Plaza,    A-1,
              Bloomington, IL 61710-0001
13372263    +The Home Depot Credit Services (p),    Attn: Bankruptcy Dept,    PO Box 6405,
              Sioux Falls, SD 57117-6405
13372264     Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
              Cherry Hill, NJ 08003-3620
13372265     WFNNB (p),    Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13372252    +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:05     GE Money Bank (p),
              Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
13444662     E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:14     Jefferson Capital Systems LLC,
              PO BOX 7999,    SAINT CLOUD MN 56302-9617
13883207     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:42     LVNV Funding LLC,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13457755     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:30:15
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13372256    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:41     Lvnv Funding Llc,
              PO Box 10584,    Greenville, SC 29603-0584
13440353     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:31:19
              Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA 23541
13438861     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:39:56
              Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13472849     E-mail/PDF: cbp@onemainfinancial.com Aug 29 2017 01:30:44     Springleaf Financial Services,
              Po Box 3251,    Evansville,IN 47731
13419686    +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2017 01:24:14     VION HOLDINGS, LLC,
              c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bank of America, N.A., successor by merger to BAC
cr*          LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
              Greenville, SC 29603-0587
13372253*   +GE Money Bank (p),    Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: jmar              Page 2 of 2            Date Rcvd: Aug 28, 2017
                              Form ID: pdf900         Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              Chester B. Scholl, Jr.    on behalf of Debtor Julie A. Morris scholl@scholl.org,
               wendy@fdgs-law.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg   on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 5
```