**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Julie A. Morris** | Social Security number or ITIN  xxx–xx–7017 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **12–10664–TPA** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Julie A. Morris
> fka Julie A. Freeman

10/17/17                                              **By the court:**     Thomas P. Agresti
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 12-10664-TPA
Julie A. Morris                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy              Page 1 of 2              Date Rcvd: Oct 17, 2017
                               Form ID: 3180W         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
```
db             +Julie A. Morris,    1840 Christy Road,    Hermitage, PA 16148-6271
aty            +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
sp             +John D. Alfredo,    P.O. Box 246,    Sharpsville, PA 16150-0246
13392720       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13372247       +Acs/pnc Education Lo,    501 Bleecker Street,    Utica, NY 13501-2401
13372249       +Bank Of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13472277        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13372251        First Commonwealth B,    Philadelphia And Sixth Streets,    Indiana, PA  15701
13372246        Hsbc Bank,    PO Box 52530,    Carol Stream, IL  60196
13372255       +John A. Morris,    403 Wilson Street,    Apt. 2,    Sharon, PA 16146-1579
13372257       +Macy’s (p),    Attn: Bankruptcy Dept,    9111 Duke Blvd,    Mason, OH 45040-8999
13372258        PHEAA (p),    1200 North Seven Street,    Harrisburg, PA  17102-1444
13372259        Sallie Mae,    PO Box 9500,    Po# Smi-0000013421,    Wilkes-Barre, PA  18773
13372260       +Sears/Citibank Private Label (p),    P.O. Box 20483,    Kansas City, MO 64195-0483
13372261       +Springleaf Financial,    500 Northwest Plaza #1200,    St Ann Arc Brch Card Mo # 2183,
                 Evansville, IN 47715-3550
13372263       +The Home Depot Credit Services (p),    Attn: Bankruptcy Dept,    PO Box 6405,
                 Sioux Falls, SD 57117-6405
13372264        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13372265        WFNNB (p),    Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:13:53      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: BANKAMER.COM Oct 18 2017 01:08:00      BANK OF AMERICA, N.A.,    2380 Performance Dr,
                 Richardson, TX 75082-4333
cr              EDI: ECAST.COM Oct 18 2017 01:08:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY  10087-9262
13398015        EDI: BANKAMER2.COM Oct 18 2017 01:08:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
13372248        EDI: BANKAMER.COM Oct 18 2017 01:08:00      Bank Of America,    4060 Ogletown/Stanton Rd,
                 De5-019-03-07,    Newark, DE  19713
13372250        EDI: CITICORP.COM Oct 18 2017 01:08:00      Citicards Cbna,    P.O. Box 6500,    C/O Citi Corp,
                 Sioux Falls, SD  57117-6500
13372252       +EDI: RMSC.COM Oct 18 2017 01:08:00      GE Money Bank (p),    Attn: Bankruptcy Dept,
                 PO Box 103104,    Roswell, GA 30076-9104
13372254       +EDI: HFC.COM Oct 18 2017 01:08:00      Hsbc Best Buy,    1405 Foulk Road,
                 Wilmington, DE 19803-2769
13444662        EDI: JEFFERSONCAP.COM Oct 18 2017 01:08:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
13883207        EDI: RESURGENT.COM Oct 18 2017 01:13:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13457755        EDI: RESURGENT.COM Oct 18 2017 01:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13372256       +EDI: RESURGENT.COM Oct 18 2017 01:13:00      Lvnv Funding Llc,    PO Box 10584,
                 Greenville, SC 29603-0584
13440353        EDI: PRA.COM Oct 18 2017 01:08:00      Portfolio Recovery Associates LLC,    P.O. Box 41067,
                 Norfolk, VA  23541
13438861        EDI: PRA.COM Oct 18 2017 01:08:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
13472849        EDI: AGFINANCE.COM Oct 18 2017 01:08:00      Springleaf Financial Services,    Po Box 3251,
                 Evansville,IN 47731
13450687        EDI: BECKLEE.COM Oct 18 2017 01:08:00      State Farm Bank,    c o Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701
13372262       +EDI: STFM.COM Oct 18 2017 01:08:00      State Farm Bank,    Customer Service 003722347,
                 One State Farm Plaza,    A-1,    Bloomington, IL 61710-0001
13419686       +EDI: JEFFERSONCAP.COM Oct 18 2017 01:08:00      VION HOLDINGS, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                              TOTAL: 18
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Bank of America, N.A., successor by merger to BAC
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
13372253*      +GE Money Bank (p),    Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-1          User: culy              Page 2 of 2              Date Rcvd: Oct 17, 2017
                              Form ID: 3180W         Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Chester B. Scholl, Jr.    on behalf of Debtor Julie A. Morris scholl@scholl.org,
               wendy@fdgs-law.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 5
```