FILED
10/17/17 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JULIE A. MORRIS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-10664 TPA

Chapter 13

Document No.: 98

## ORDER OF COURT

AND NOW, this __17th__ day of __October__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 12-10664-TPA
Julie A. Morris                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 2            Date Rcvd: Oct 17, 2017
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
```
db             +Julie A. Morris,    1840 Christy Road,    Hermitage, PA 16148-6271
aty            +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
sp             +John D. Alfredo,    P.O. Box 246,    Sharpsville, PA 16150-0246
cr              eCAST Settlement Corporation,    POB 29262,    New York, NY  10087-9262
13392720       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13372247       +Acs/pnc Education Lo,    501 Bleecker Street,    Utica, NY 13501-2401
13398015      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                 Wilmington, DE 19886-5102)
13372248        Bank Of America,    4060 Ogletown/Stanton Rd,    De5-019-03-07,    Newark, DE  19713
13372249       +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13472277        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13372250        Citicards Cbna,    P.O. Box 6500,    C/O Citi Corp,    Sioux Falls, SD  57117-6500
13372251        First Commonwealth B,    Philadelphia And Sixth Streets,    Indiana, PA  15701
13372246        Hsbc Bank,    PO Box 52530,    Carol Stream, IL  60196
13372254       +Hsbc Best Buy,    1405 Foulk Road,    Wilmington, DE 19803-2769
13372255       +John A. Morris,    403 Wilson Street,    Apt. 2,    Sharon, PA 16146-1579
13372257       +Macy's (p),    Attn: Bankruptcy Dept,    9111 Duke Blvd,    Mason, OH 45040-8999
13372258        PHEAA (p),    1200 North Seven Street,    Harrisburg, PA  17102-1444
13372259        Sallie Mae,    PO Box 9500,    Po# Smi-0000013421,    Wilkes-Barre, PA  18773
13372260       +Sears/Citibank Private Label (p),    P.O. Box 20483,    Kansas City, MO 64195-0483
13372261       +Springleaf Financial,    500 Northwest Plaza #1200,    St Ann Arc Brch Card Mo # 2183,
                 Evansville, IN 47715-3550
13450687        State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13372262       +State Farm Bank,    Customer Service 003722347,    One State Farm Plaza,    A-1,
                 Bloomington, IL 61710-0001
13372263       +The Home Depot Credit Services (p),    Attn: Bankruptcy Dept,    PO Box 6405,
                 Sioux Falls, SD 57117-6405
13372264        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13372265        WFNNB (p),    Quantum3 Group LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13372252       +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2017 01:17:33      GE Money Bank (p),
                 Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
13444662        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2017 01:14:10      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13883207        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2017 01:17:42      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13457755        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2017 01:17:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13372256       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2017 01:17:04      Lvnv Funding Llc,
                 PO Box 10584,    Greenville, SC 29603-0584
13440353        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:35:47
                 Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13438861        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 01:28:59
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13472849        E-mail/PDF: cbp@onemainfinancial.com Oct 18 2017 01:17:33      Springleaf Financial Services,
                 Po Box 3251,    Evansville,IN 47731
13419686       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2017 01:14:10      VION HOLDINGS, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A., successor by merger to BAC
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
13372253*      +GE Money Bank (p),    Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1          User: culy                Page 2 of 2             Date Rcvd: Oct 17, 2017
                              Form ID: pdf900           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Chester B. Scholl, Jr.    on behalf of Debtor Julie A. Morris scholl@scholl.org,
               wendy@fdgs-law.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg   on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 5
```